STATE OF NEW JERSEY v. ALLEN W. CHISHOLM.

October 1, 1974. Petition for certification denied.

ROXBURY STATE BANK v. THE CLARENDON.

October 1, 1974. Petition for certification denied. (See 129 *N. J. Super.* 358)

STATE OF NEW JERSEY v. CARL C. SCHLUE.

October 1, 1974. Petition for certification denied. (See 129 *N. J. Super.* 351)

HENRY VANDEN BERG v. ERNEST L. LEHTONEN.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v.
ROBERT MILLER STREATER, JR.

October 1, 1974. Petition for certification denied.

JOHN S. KUHLTHAU, MIDDLESEX COUNTY PROSECUTOR
v. VINCENT DI PANE.

October 1, 1974. Petition for certification denied.